NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-601

STATE OF LOUISIANA

VERSUS

ROBERT L. DOTSON

**********
APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 02K4565A
HONORABLE ROBERT BRINKMAN, DISTRICT JUDGE

**********
ULYSSES GENE THIBODEAUX
CHIEF JUDGE
**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Billy Howard Ezell, and J. David Painter, Judges.

AFFIRMED.

G. Paul Marx
Louisiana Appellate Project
P. O. Box 82389
Lafayette, LA 70598-2389
Telephone:  (337) 237-2537
COUNSEL FOR:
        Defendant/Appellant - Robert L. Dotson

Earl B. Taylor
District Attorney - Twenty-Seventh Judicial District Court
Alisa Ardoin Gothreaux
Assistant District Attorney
P. O. Drawer 1968
Opelousas, LA 70571-1968
Telephone:  (337) 948-0551
COUNSEL FOR:
        Plaintiff/Appellee - State of Louisiana